# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM JOEY PAI,<br>*Defendant* | )<br>)<br>)  Case No.  19-po-07012-KMT<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ☑ Information  ❏ Superseding Information  ❏ Complaint

❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of Court

| Place: | Alfred A. Arraj Courthouse<br>901 Nineteenth Street<br>Denver, Colorado 80294-359 |
|---|---|
| Courtroom No.: | A201 |
| Date and Time: | 07/24/2019 2:00 pm |

This offense is briefly described as follows:

49 U.S.C. § 46506(1) & 18 U.S.C. § 113(a)(5).  Simple Assault on an Aircraft in the Special Aircraft Jurisdiction of the United States

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date: 07/16/2019

s/N. Marble, Deputy Clerk
*Issuing officer's signature*

JEFFREY P. COLWELL, Clerk of the U.S. District Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

❏ Executed and returned this summons    ❏ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*